JAMES  CALLANAN  AND  JAMES  SAVERY  v.  KOSSUTH COUNTY, Appellant.

**Appeal Certificate** confers no jurisdiction where it does not appear when it was signed.

*Appeal from Kossuth District Court.*—HON. GEORGE H. CARR, Judge.

SATURDAY, APRIL 6, 1895.

Action for taxes paid by mistake.  The court overruled a demurrer to the petition, and from a judgment the defendant appealed.

*J. C. Raymond* for appellant.

*Clarke & Cohenour* for appellees.

*Per Curiam.*  The case comes to the court on the certificate of the trial judge, because of the amount in controversy.  Appellee makes the point of the jurisdiction of this court, because it does not appear when the certificate was signed.  The point is well taken.  It does not appear when it was signed,—whether at the time of entering judgment, or at the term.  The fact is jurisdictional.  This precise question was presented and ruled upon in *Hakes v. Dott,* 54 Iowa, 17.  The appeal is *dismissed.*